```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL RE LIFE CORPORATION,

                      Petitioner,

-against-

AMERICAN GENERAL LIFE INSURANCE COMPANY,

                      Respondent.

24-CV-2089 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 11, 2024, Judge Stein, sitting in Part I, ordered that the redacted version of the Petition and the redacted version of the Memorandum of Law in Support of the Petition be filed on the public docket, *see* 24-MC-102, Dkt. 3; and

WHEREAS as of March 21, 2024, Petitioner has not filed the abovementioned materials on the public docket.

IT IS HEREBY ORDERED that Petitioner must file the redacted version of the Petition and the redacted version of the Memorandum of Law in Support of the Petition by no later than **Friday, March 22, 2024**.

SO ORDERED.

Dated: **March 21, 2024**
       **New York, New York**

                                                _____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**