USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

General Re Life Corporation,

   Petitioner*,*

 v.

American General Life Insurance Company,

   Respondent.

Case No. 1:24-cv-02089-VEC

**AMERICAN GENERAL LIFE INSURANCE COMPANY'S NOTICE OF MOTION TO FILE UNDER SEAL THE CONFIDENTIAL PORTIONS OF THE RESPONSE TO THE PETITION TO CONFIRM FINAL ARBITRATION AWARD**

  PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support, the undersigned will move on behalf of Respondent American General Life Insurance Company ("American General") before the United States District Court for the Southern District of New York, at the United States District Courthouse, located at the courthouse at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an order to seal and redact the confidential portions of American General's Response to General Re Life Corporation's Petition to Confirm the Final Arbitration Award, pursuant to Civ. R. 5.2(d)-(e) of the Federal Rules of Civil Procedure.

1

Dated: New York, New York
April 16, 2024

> Application GRANTED.
>
> SO ORDERED.    4/17/24
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

STEPTOE LLP

By: _____*[signature: Michele Jacobson]*_____
    Michele Jacobson
    Beth Clark

1114 Avenue of the Americas
New York, New York 10036
(212) 506 3900

*Attorneys for Respondent American General Life Insurance Company*