**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GENERAL RE LIFE CORPORATION,

                Petitioner,                24 **CIVIL** 2089 (VEC)

-v-                                      **<u>JUDGMENT</u>**

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation & Order dated June 18, 2024, that Gen Re's Petition to confirm the arbitration award is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      June 18, 2024

                                                  **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                        **BY:**
                                        _____
                                             **Deputy Clerk**